UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JACOB Y. SHIMON,

                              Plaintiff,                            JUDGMENT
                                                                            18-cv-2959 (BMC)

      -against-

EQUIFAX INFORMATION SERVICES LLC

                              Defendant.
-------------------------------------------------------------- X

       A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on January 2, 2020, denying Plaintiff's motion to amend his second amended complaint; denying Plaintiff's motion for partial summary judgment; granting Defendant's motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of defendant and against plaintiff, dismissing the case; it is

       ORDERED and ADJUDGED that Plaintiff's motion to amend his second amended complaint is denied; that Plaintiff's motion for partial summary judgment is denied; that Defendant's motion for summary judgment is granted; that judgment is hereby entered in favor of defendant and against plaintiff; and that this case is dismissed.

Dated: Brooklyn, NY                                                Douglas C. Palmer
       January 3, 2020                                          Clerk of Court

                                                                By:    /s/*Jalitza Poveda*
                                                                        Deputy Clerk